PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ INFORMATION ☑ INDICTMENT | CASE NO. 20-00092 SECT. R MAG. 4 |
| Matter Sealed: ☐ Juvenile ☐ Other than Juvenile<br>☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added<br>☐ Indictment ☐ Charges/Counts Added<br>☐ Information | USA vs.<br>Defendant: CORNELIUS GARRISON |
| Name of District Court, and/or Judge/Magistrate Location (City)<br>UNITED STATES DISTRICT COURT EASTERN<br>DISTRICT OF LOUISIANA  Divisional Office | Address: New Orleans, LA |
| Name and Office of Person Furnishing Information on THIS FORM: Patty Ortiz<br>☒ U.S. Atty ☐ Other U.S. Agency<br>Phone No. (504) 680-3159<br>Name of Asst. U.S. Attorney (if assigned): Brian M. Klebba | ☐ Interpreter Required  Dialect: _____<br>Birth Date: 1966  ☑ Male ☐ Alien (if applicable)<br>☐ Female |

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Federal Bureau of Investigation, SA Robert Orvin

Social Security Number XXX-XX-7637

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: Orleans Parish County

**DEFENDANT**

Issue: ☐ Warrant ☑ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____
☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): Claude Kelly
☑ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts: 7 (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | Title 18 USC Section 371 | Conspiracy to Commit Mail Fraud | 1 |
| 4 | Title 18 USC Section 1341 | Mail Fraud | 2-7 |