PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ INFORMATION ☑ INDICTMENT<br>Matter Sealed: ☐ Juvenile ☐ Other than Juvenile<br>☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added<br>☐ Indictment ☐ Charges/Counts Added<br>☐ Information<br><br>Name of District Court, and/or Judge/Magistrate Location (City)<br>UNITED STATES DISTRICT COURT  EASTERN<br>DISTRICT OF LOUISIANA  Divisional Office<br><br>Name and Office of Person Furnishing Information on THIS FORM: Patty Ortiz<br>☒ U.S. Atty ☐ Other U.S. Agency<br>Phone No. (504) 680-3159<br><br>Name of Asst. U.S. Attorney (if assigned): Brian M. Klebba | CASE NO. 20-00092<br>USA vs.<br>Defendant: CHANDRIKA BROWN<br>Address: Slidell, LA  SECT. R MAG. 4<br><br>☐ Interpreter Required  Dialect: _____<br><br>Birth Date: 1991<br>☐ Male  ☐ Alien (if applicable)<br>☑ Female<br><br>Social Security Number  XXX-XX-9881 |
| **PROCEEDING**<br>Name of Complainant Agency, or Person (& Title, if any)<br>Federal Bureau of Investigation, SA Robert Orvin<br><br>☐ person is awaiting trial in another Federal or State Court (give name of court)<br><br>☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District<br><br>☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:<br>☐ U.S. Atty ☐ Defense<br><br>☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)<br><br>☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under<br><br>SHOW DOCKET NO.<br><br>MAG. JUDGE CASE NO.<br><br>Place of offense: Orleans Parish  County | **DEFENDANT**<br>Issue: ☐ Warrant ☑ Summons<br>Location Status:<br>Arrest Date _____ or Date Transferred to Federal Custody _____<br>☐ Currently in Federal Custody<br>☐ Currently in State Custody<br>  ☐ Writ Required<br>☐ Currently on bond<br>☐ Fugitive<br><br>Defense Counsel (if any): P. Lindsey Williams<br>☐ FPD ☐ CJA ☐ RET'D<br>☑ Appointed on Target Letter<br><br>☐ This report amends AO 257 previously submitted |

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts  4  (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/<br>(Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | Title 18 USC Section 371 | Conspiracy to Commit Mail Fraud | 1 |
| 4 | Title 18 USC Section 1341 | Mail Fraud | 2-4 |