PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT ||
|---|---|
| BY: ☐ INFORMATION ☑ INDICTMENT | CASE NO. 20-00092 |
| Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile | USA vs. |
| ☐ Pre-Indictment Plea  ☐ Superseding Indictment  ☐ Defendant Added  ☐ Charges/Counts Added Information | Defendant: DONREION LEE |
| Name of District Court, and/or Judge/Magistrate Location (City) | Address: Harvey, LA  SECT. R MAG. 4 |
| UNITED STATES DISTRICT COURT  EASTERN DISTRICT OF LOUISIANA  Divisional Office | |
| Name and Office of Person Furnishing Information on THIS FORM: Patty Ortiz  ☒ U.S. Atty  ☐ Other U.S. Agency  Phone No. (504) 680-3159 | ☐ Interpreter Required   Dialect: _____ |
| Name of Asst. U.S. Attorney (if assigned): Brian M. Klebba | Birth Date: 1998   ☐ Male  ☑ Female   ☐ Alien (if applicable) |
| PROCEEDING ||
| Name of Complainant Agency, or Person (& Title, if any): Federal Bureau of Investigation, SA Robert Orvin | Social Security Number   XXX-XX-8835 |

| DEFENDANT |
|---|
| Issue: ☐ Warrant  ☑ Summons |
| Location Status: |
| Arrest Date _____ or Date Transferred to Federal Custody _____ |
| ☐ Currently in Federal Custody |
| ☐ Currently in State Custody   ☐ Writ Required |
| ☐ Currently on bond |
| ☐ Fugitive |
| Defense Counsel (if any): _____ |
| ☐ FPD  ☐ CJA  ☐ RET'D |
| ☐ Appointed on Target Letter |
| ☐ This report amends AO 257 previously submitted |

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: Orleans Parish   County

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts  4   (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | Title 18 USC Section 371 | Conspiracy to Commit Mail Fraud | 1 |
| 4 | Title 18 USC Section 1341 | Mail Fraud | 5-7 |