PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT  EASTERN
DISTRICT OF LOUISIANA  Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Patty Ortiz
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (504) 680-3159

Name of Asst. U.S. Attorney (if assigned): Brian M. Klebba

CASE NO. 20-00092  SECT. R MAG. 4

USA vs.
Defendant: ERICA LEE THOMPSON
Address: Harvey, LA

☐ Interpreter Required   Dialect: ____

Birth Date: 1974
☐ Male  ☑ Female  ☐ Alien (if applicable)

Social Security Number: XXX-XX-7865

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Federal Bureau of Investigation, SA Robert Orvin

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: Orleans Parish  County

### DEFENDANT

Issue: ☐ Warrant  ☑ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): Robert S. Toale
☐ FPD  ☐ CJA  ☐ RET'D
☑ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 4 (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | Title 18 USC Section 371 | Conspiracy to Commit Mail Fraud | 1 |
| 4 | Title 18 USC Section 1341 | Mail Fraud | 5-7 |