TO: DOCKET CLERK

__ MAGISTRATE CASE NUMBER       20-00092

                         OR     SECT. R MAG. 4

X  NO MAGISTRATE PAPERS WERE FOUND

for

NAME:  CORNELIUS GARRISON, DONIESHA GIBSON, CHANDRIKA BROWN, ISHAIS PRICE, AISHA THOMPSON, DEWAYNE COLEMAN, DONISESHA LEE aka Donisha Lee, DONREION LEE, ERICA LEE THOMPSON

Initials:  PLH

If you receive this note without any initials, please return the entire packet to criminal desk .

Thank you