UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-92 |
| VERSUS | SECTION "R" |
| CORNELIUS GARRISON (SMS)<br>DONIESHA GIBSON (SMS)<br>CHANDRICKA BROWN (SMS)<br>ISHAIS PRICE (SMS)<br>AISHA THOMPSON (SMS)<br>DEWAYNE COLEMAN (CAPIAS)<br>DONISESHA LEE (SMS)<br>DONREION LEE (SMS)<br>ERIA LEE THOMPSON (SMS) | VIOLATION:<br>18 U.S.C. § 371<br>18 U.S.C. § 1341<br>18 U.S.C. § 2 |

## NOTICE OF ARRAIGNMENT

Take Notice that this criminal case has been set for OCTOBER 5, 2020 at 2:00 p.m. before CRIMINAL DUTY MAGISTRATE DONNA PHILLPS CURRAULT, Hale Boggs Federal Building, 500 Poydras Street, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: September 21, 2020

TO:
CORNELIUS GARRISON
New Orleans, LA 70112

**COUNSEL FOR GARRISON:**
Claude Kelly, Federal Public Defender
500 Poydras Street, Room B318
New Orleans, La 70130
Email: claude_kelly@fd.org

DONIESHA GIBSON
New Orleans, LA 70122

**COUNSEL FOR GIBSON:**
P. Lindsey Williams
631 St. Charles Ave
New Orleans, LA 70130
Email: plwlaw@gmail.com

CAROL L. MICHEL
Clerk of Court
United State District Court
Eastern District of Louisiana

by:   Jay Susslin
         Case Manager

AUSA BRIAN KLEBBA
New Orleans, LA  70130
Email: brian.klebba@usdoj.gov

U.S. Probation/Pretrial Officer

**JUDGE VANCE**

**MAGISTRATE**

FOREIGN LANGUAGE
INTERPRETER: NONE

**Page 2**

CHANDRICKA BROWN
Slidell, LA 70458

**COUNSEL FOR BROWN:**


ISHAIS PRICE
New Orleans, LA 70113

**COUNSEL FOR PRICE:**
Kevin Kelly
909 Poydras Street, Suite 2270
New Orleans, LA 70112
Email: kevin_v_kelly@yahoo.com

AISHA THOMPSON
New Orleans, LA 70117

**COUNSEL FOR AISHA THOMPSON:**


DEWAYNE COLEMAN
Marrero, LA 70072

**COUNSEL FOR COLEMAN:**


DONISESHA LEE
Harvey, LA 70058


**COUNSEL FOR DONISESHA LEE:**

**Page 3**

DONREION LEE
Harvey, LA 70058

**COUNSEL FOR DONREION LEE:**
Federal Public Defender's Office



ERICA LEE THOMPSON
Harvey, LA 70058

**COUNSEL FOR ERICA LEE THOMPSON:**
Robert Toale
505 Weyer St.
Gretna, LA  70053
Email:  toalebooth@aol.com